IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANTHONY JOHNSON                                                                                       PLAINTIFF

V.                                                                              CAUSE NO.: 1:14CV062-SA-DAS

STATE OF MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
ALBERT SANTA CRUZ, and BELINDA SYKES                                           DEFENDANTS

ORDER ON MOTIONS

Pursuant to a Memorandum Opinion issued this day, Defendants' Motion for Summary Judgment [17] is GRANTED IN PART and DENIED IN PART. The Court finds that Plaintiff's federal law claims are barred by the Eleventh Amendment. In addition, the Court declines supplemental jurisdiction over the state law claims. Therefore, all claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 11th day of September, 2015.

                                                                           /s/ Sharion Aycock
                                                                           **U.S. DISTRICT JUDGE**